IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OMAN SALLIE,<br><br>        Plaintiff,<br><br>  v.<br><br>CAMDEN COUNTY DEPARTMENT OF CORRECTIONS,<br><br>        Defendant. | Civil Action<br>No. 16-7444 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

    Plaintiff Oman Sallie seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

    Plaintiff did not submit a complete application as several pages are blank. Plaintiff must complete the application before the Court can consider it. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

    An appropriate order follows.

**December 28, 2016**                        **s/ Jerome B. Simandle**
Date                                   JEROME B. SIMANDLE
                                        Chief U.S. District Judge